UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO. 5:09-CV-555-D

JOSEPH WILLIAM FISHER,                )
                                      )
            Plaintiff,                )
                                      )          ORDER
      v.                              )
                                      )
KATHLEEN SEBELIUS, Secretary of       )
the United States Department of       )
Health and Human Services,            )
                                      )
            Defendant.                )


      For good cause having been shown upon the Motion to Submit

Administrative Record on compact disk, it is hereby ORDERED that

the motion is GRANTED.

      This __7__ day of __July__, 2010.


                        _____
                        JAMES C. DEVER, III
                        United States District Judge