UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CV-555-D

| | |
|---|---|
| JOSEPH WILLIAM FISHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| KATHLEEN SEBELIUS, ) | |
| ) | |
| Defendant. ) | |

For good cause having been shown, the Defendant's Motion to Stay Discovery is hereby GRANTED.

The Court enters the following Scheduling Order:

1. The parties shall file their dispositive motions within sixty (60) days of entry of this Order.

2. Any response to the dispositive motion shall be due within sixty (60) days of the filing of the dispositive motion.

3. Any reply shall be due within fifteen (15) days within the filing of the response.

SO ORDERED. This _1_ day of November 2010.

JAMES C. DEVER III
United States District Judge