AO 450 (Rev. 5/85)

# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| JOSEPH WILLIAM FISHER,<br>    Plaintiff,<br><br>v.<br><br>KATHLEEN SEBELIUS, Secretary of the<br>Department of Health and Human Services,<br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:09-CV-555-D** |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that Defendant's Motion for Summary Judgment [D.E. #38] is GRANTED.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **MAY 11, 2011** WITH A COPY TO:

Joseph William Fisher, pro se (Via USPS to 125 Wilmack Drive, Benson, NC 27504)
Joshua B. Royster (Via CM/ECF electronic notification)


May 11, 2011                                                 DENNIS P. IAVARONE, Clerk
Date                                                          Eastern District of North Carolina

                                                                                 /s/ Debby Sawyer
                                                                                 (By) Deputy Clerk

Raleigh, North Carolina

Page 1 of 1
Case 5:09-cv-00555-D   Document 46   Filed 05/11/11   Page 1 of 1